UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| DONALD BERRIOS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-00023-JL |
| | ) | |
| vs. | ) | |
| | ) | |
| INTEGRITY SOLUTION | ) | |
| SERVICES, INC. | ) | |
| *fka* | ) | |
| INTEGRITY FINANCIAL | ) | |
| PARTNERS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO DISMISS WITH PREJUDICE**

NOW COMES, Donald Berrios, by and through counsel, and pursuant to Rule 41(a)(2) requests

that this action be dismissed with prejudice. In Support thereof, Plaintiff states as follows:

1. An agreement for settlement has been executed between the parties.

2. The Defendant has not filed a counterclaim against the Plaintiff.

3. The Defendant assents to the relief sought by this motion.

WHEREFORE, Plaintiff requests that this Honorable Court dismiss this action with prejudice

pursuant to Fed. R. Civ. P.  41(a)(2).

December 30, 2014                                      Respectfully Submitted
                                                       Donald Berrios
                                                       By his Attorneys


                                                       /s/ Keith A. Mathews
                                                       Keith A. Mathews, Esq.
                                                       587 Union Street
                                                       Manchester, NH 03104
                                                       Tel: (603) 622-8100
                                                       Fax: (888) 912-1497
                                                       keith@srslawyer.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.


Dated: December 30, 2014                               /s/ Keith A. Mathews
                                                       Keith A. Mathews, Esq.