UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Donald Berrios

v.                                    Case No. 14-cv-23-JL

Integrity Solution Services, Inc

# J U D G M E N T

In accordance with the order dated January 2, 2015, by Chief Judge Joseph N. Laplante, judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: January 6, 2015

cc:   John F. Skinner, III, Esq.
      Keith Mathews, Esq.
      Bryan C. Shartle, Esq.
      Michael D. Alltmont, Esq.
      Thomas Kincaid McCraw, Jr., Esq.